IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN SOLOMON, et al.,

    Plaintiffs,                 No. CIV S-10-257 JAM KJM PS

    vs.

E-LOAN, INC., et al.,                  <u>ORDER AND</u>

    Defendants.               <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

           Plaintiffs have filed several <u>ex parte</u> motions. Upon review of the documents in support and opposition, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

           On March 2, 2010, plaintiffs filed two motions. In the first motion, plaintiffs seek entry of default. Plaintiffs have not submitted evidence establishing proper service of summons. The motion for entry of default will accordingly be denied. The second motion seeks to strike a response by defendant Wells Fargo. No good cause has been shown for striking the response; the motion will be denied.

           On March 9, 2010, plaintiffs filed another three motions. Plaintiffs' motion to seal will be denied as no good cause is shown for issuance of such an order. Plaintiffs' motion to compel discovery will be denied inasmuch as the initial discovery conference under Federal Rule

of Civil Procedure 26(f) has not yet taken place and plaintiffs failed to meet and confer with opposing counsel before filing the discovery motion. See Local Rule 251. Plaintiffs' motion for temporary restraining order demonstrates no different circumstances than those presented in plaintiffs' February 9, 2010 motion for preliminary injunctive relief, which was denied by order of the District Judge on February 10, 2010. Plaintiffs' present motion should therefore be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for entry of default (docket no. 14) is denied;

2. The motion to strike (docket no. 15) is denied;

3. The motion to file under seal (docket no. 21) is denied;

4. The motion to compel discovery (docket no. 22) is denied; and

IT IS HEREBY RECOMMENDED that the motion for temporary restraining order (docket no. 23) be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within seven days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 12, 2010.

_____
U.S. MAGISTRATE JUDGE

006
solomon.ord

2