IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN SOLOMON, et al.,

        Plaintiffs,                 No. CIV S-10-0257 JAM KJM PS

   vs.

E-LAON, INC., et al.,

        Defendants.         <u>ORDER</u>

_____/

      Plaintiffs, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On March 12, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed March 12, 2010, are adopted in full; and

2. The motion for temporary restraining order (docket no. 23) is denied.

DATED: April 28, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE