IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN SOLOMON, et al.,

    Plaintiffs,                                No. CIV S-10-0257 JAM KJM PS

    vs.

E-LOAN, INC., et al.,

    Defendants.                          <u>ORDER</u>

_____/

        The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On May 6, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 6, 2010, are adopted in full;

2. The motion for temporary restraining order (docket no. 34) is denied;

3. The motion to dismiss (docket no. 20) is granted;

4. The motion to strike (docket no. 19) is denied as moot;

5. The claim under RESPA is dismissed as to all defendants; and

6. This action is remanded to the Superior Court of the State of California, County of Nevada.

DATED: June 24, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE