UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN PATRICK SOLOMON; KAREN J. SOLOMON,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>E-LOAN, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; LENDERS FIRST CHOICE TRUSTEE1; WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE; DOES 1-XX, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:10-CV-00257 JAM-KJM<br><br><br><br><br><br><br><br>RELATED CASE ORDER |
| SEAN PATRICK SOLOMON; KAREN J. SOLOMON,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>E-L0AN, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; LENDERS FIRST CHOICE TRUSTEE1; WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE; CAL-WESTERN RECONVEYANCE CORPORATION; LSI TITLE COMPANY; MARCO MARQUESZ; JOHN KENNERTY; DOES 1-XX, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:10-CV-02565 MCE-KJM |

1 | Examination of the above-entitled actions reveals that these 2 | actions are related within the meaning of Local Rule 123 (E.D. Cal. 3 | 2005).  Accordingly, the assignment of the matters to the same 4 | judge and magistrate judge is likely to affect a substantial 5 | savings of judicial effort and is also likely to be convenient for 6 | the parties.

7 | The parties should be aware that relating the cases under 8 | Local Rule 123 merely has the result that these actions are 9 | assigned to the same judge and magistrate judge; no consolidation 10 | of the actions is effected.  Under the regular practice of this 11 | court, related cases are generally assigned to the judge and 12 | magistrate judge to whom the first filed action was assigned.

13 | IT IS THEREFORE ORDERED that the action denominated 2:10-CV-14 | 02565-MCE-KJM be reassigned to Judge John A. Mendez and Magistrate 15 | Judge Kimberly J. Mueller for all further proceedings, and any 16 | dates currently set in this reassigned case _only_ are hereby 17 | VACATED.  Henceforth, the caption on documents filed in the 18 | reassigned cases shall be shown as 2:10-CV-02565-JAM-KJM.

19 | IT IS FURTHER ORDERED that the Clerk of the Court make 20 | appropriate adjustment in the assignment of civil cases to 21 | compensate for this reassignment.

22 | IT IS SO ORDERED.
Dated:  September 27, 2010.          /s/ John A. Mendez
                                     JOHN A. MENDEZ
                                     United States District Judge